The Honorable James Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY ADULT DETENTION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION-Redmond Courthouse et al., WASHINGTON STATE DEPARTMENT OF LICENSING, et al., WASHINGTON STATE PATROL et al, OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE et al., GARY WESTSIDE TOWING LLC,<br><br>　　　　Defendants. | NO.  12-cv-0791 JLR<br><br>FRCP 56 NOTICE TO PRO SE PLAINTIFF |

If at any time during this matter a party files a motion for summary judgment, it is important for the opposing party to note the following:

A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

FRCP 56 NOTICE TO PRO SE
PLAINTIFF - NO.  12-0791 JLR-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

> Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact--that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, **you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the defendant's declarations and documents that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.**

<u>Rand v. Rowland</u>, 154 F.3d 952, 962-63 (9th Cir. 1998) (emphasis added).

Furthermore, Local Rule CR 7(b)(2) states that a party's failure to file necessary documents in opposition to a motion for summary judgment may be deemed by the court to be an admission that the opposition is without merit.

DATED this 9th day of May, 2013.

ROBERT M. McKenna
Attorney General

*s/ Tobin Dale*
TOBIN DALE, WSBA No. 29595
Assistant Attorney General
800 5th Avenue, Suite 2000; Seattle, WA 98104
Tel: 206-464-7362; Fax: 206-587-4229
Email: TobinD@atg.wa.gov
Attorneys for Defendants WA State Patrol,
Anthony Brock and WA State Dept. of Licensing

FRCP 56 NOTICE TO PRO SE
PLAINTIFF - NO. 12-0791 JLR-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of May, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Samantha Kenner: Samantha.kanner@kingcounty.gov
Dwight Holland: dmanh3@comcast.net

       /s/ Tobin Dale
TOBIN DALE, WSBA No. 29595
Assistant Attorney General
800 Fifth Ave., Ste. 2000; Seattle, WA 98104-3188
Tel: (206) 464-7352; Fax: (206) 587-4229
E-mail: TobinD@atg.wa.gov

FRCP 56 NOTICE TO PRO SE
PLAINTIFF - NO. 12-0791 JLR-MAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352