The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWIGHT HOLLAND,

    Plaintiff,

v.

KING COUNTY ADULT DETENTION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION-Redmond Courthouse et al., WASHINGTON STATE DEPARTMENT OF LICENSING, et al., WASHINGTON STATE PATROL et al, OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE et al., GARY WESTSIDE TOWING LLC,

    Defendants.

NO. 12-cv-0791 JLR

DECLARATION OF **J. SCOTT BLONIEN** IN SUPPORT STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

J. SCOTT BLONIEN hereby declares:

1. I am over the age of 18 years, am competent to testify, and have personal knowledge of the matters stated herein.

2. I am employed by the State of Washington as the Client Services Director for the Office of Risk Management, Department of Enterprise Services. I have been employed by the

DECLARATION OF **J. SCOTT BLONIEN** IN SUPPORT STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1  Office of Risk Management since the fall of 2011. One of my responsibilities as the client
2  Services Director is that of being a custodian of all tort claims filed against the State with
3  the Risk management Division in accordance with RCW 4.92.100 and 4.92.110. I am
4  also a custodian of all tort claims filed against the State with the Office of Risk
5  Management in accordance with the former RCW 4.92.100 and 4.92.110 when that office
6  was located within the Department of General Administration.

3. After reviewing our files, I have verified that the plaintiff in this cause, **DWIGHT HOLLAND** has not filed a claim with the State Risk Management Division concerning the subject matter of his complaint.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this ____ day of _____ 2013 at Olympia, Washington.

_____
JOHN SCOTT BLONIEN

DECLARATION OF **J. SCOTT BLONIEN** IN SUPPORT STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**CERTIFICATION OF SERVICE**

I hereby certify that on this 9th day of May, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Samantha Kenner: Samantha.kanner@kingcounty.gov
Dwight Holland: dmanh3@comcast.net

*/s/ Tobin Dale*
TOBIN DALE, WSBA No. 29595
Assistant Attorney General
800 Fifth Ave., Ste. 2000; Seattle, WA 98104-3188
Tel: (206) 464-7352; Fax: (206) 587-4229
E-mail: TobinD@atg.wa.gov

DECLARATION OF **J. SCOTT BLONIEN** IN SUPPORT STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352