The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY ADULT DETENTION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION-Redmond Courthouse et al., WASHINGTON STATE DEPARTMENT OF LICENSING, et al., WASHINGTON STATE PATROL et al, OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE et al., GARY WESTSIDE TOWING LLC,<br><br>　　　　Defendants. | NO. 12-cv-0791 JLR<br><br>DECLARATION OF **TOBIN E. DALE** IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL |

TOBIN E. DALE hereby declares:

1. I am the Assistant Attorney General responsible for defending the Washington State Department of Licensing, Washington State Patrol, and Washington State Trooper Anthony Brock ("State Defendants" or "defendants") in this matter. I am over the age of eighteen years,

---

DECLARATION OF **TOBIN E. DALE** IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
NO. 12-cv-0791 JLR-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1. not a party to the above-captioned action, and am competent to testify to the matters set forth in this Declaration.

2. This Declaration is based upon my personal knowledge in my capacity as counsel for the defendants.

3. Pro se plaintiff Mr. Holland did not hold a meet-and-confer conference with the State Defendants by telephone or in-person regarding the matters which are the subject of his instant motion to compel.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 28th day of June, 2013.

*[signature]*
TOBIN E. DALE

DECLARATION OF **TOBIN E. DALE** IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
NO. 12-cv-0791 JLR-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of July, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Samantha Kenner: Samantha.kanner@kingcounty.gov
Dwight Holland: dmanh3@comcast.net

      /s/ Tobin Dale
TOBIN DALE, WSBA No. 29595
Assistant Attorney General
800 Fifth Ave., Ste. 2000; Seattle, WA 98104-3188
Tel: (206) 464-7352; Fax: (206) 587-4229
E-mail: TobinD@atg.wa.gov

DECLARATION OF **TOBIN E. DALE** IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
NO. 12-cv-0791 JLR-MAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352