1

2                           The Honorable James Robart
Noted for: August 23, 2013

3

4

5

6                 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7                      AT SEATTLE

8 DWIGHT HOLLAND               )
                              )   No. 12-cv-0791 JLR

9                Plaintiff,     )
                              )   DECLARATION OF SAMANTHA

10          vs.                   )   KANNNER IN SUPPORT OF
                              )   DEFENDANTS' MOTION FOR

11 KING COUNTY ADULT DETENION, KING    )   SUMMARY JUDGMENT
COUNTY et al., KING COUNTY DISTRICT     )

12 COURT EAST DIVISION – REDMOND        )
COURTHOUSE, et al., WASHINGTON STATE   )

13 DEPARTMENT OF LICENSING et al.,         )
WASHINGTON STATE PATROL et al.,         )

14 OFFICER WSP ANTHONY BROCK in his      )
individual and official capacity as Washington   )

15 State Patrol Officer, LAKEYSHA NICOLE     )
WASHINGTON in her individual and official    )

16 capacity as Prosecuting Attorney, KING COUNTY )
PROSECUTING ATTORNEY'S OFFICE, et al.,   )

17 GRAY WESTSIDE TOWING LLC,          )
                              )

18                  Defendant(s).    )
                              )

19

20 I, Samantha Kanner, declare and state:

21       1.  I am the attorney for Defendants King County Adult Detention, King County, King

22           County District Court East Division, Lakeysha Nicole Washington and the King

23

DECLARATION OF SAMANTHA KANNER IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

County Prosecuting Attorney's Office in this matter.  I am over the age of 18 and am competent to testify.  I have personal knowledge of the matters set forth herein.

2. Pursuant to the Minute Order setting the trial date in this case (ECF Docket No. 23), the deadline for disclosure of expert testimony under FRCP 26(a)(2) was July 25, 2013.  As of this writing, I have received no disclosures of expert testimony from plaintiff.

3. A true and correct copy of a King County Correctional Facility internal record of plaintiff's booking and release related to this incident is attached hereto as Exhibit 1. Plaintiff's date of birth has been redacted pursuant to court rule.

4. A true and correct copy of the King County District Court docket from plaintiff's initial incarceration is attached hereto as Exhibit 2.  Plaintiff's date of birth has been redacted pursuant to court rule.

5. A true and correct copy of the criminal complaint filed against plaintiff on December 27, 2011 is attached hereto as Exhibit 3.  Plaintiff's date of birth has been redacted pursuant to court rule.

6. A true and correct copy of the King County District Court docket from plaintiff's criminal case is attached hereto as Exhibit 4.  Plaintiff's date of birth has been redacted pursuant to court rule.

///
///
///
///
///

DECLARATION OF SAMANTHA KANNER IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

7.  A true and correct copy of the January 9, 2012 order finding probable cause in plaintiff's criminal case is attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this ⎿ day of August, 2013 at Seattle, Washington.

SAMANTHA D. KANNER

DECLARATION OF SAMANTHA KANNER IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

# Exhibit 1

Declaration of Kanner

## KCWeb, the King County Intranet

| HOME | OHRM | NEWS | JOBS | HELP | SEARCH |

Justice Information Look-up Service (JILS)   | Law Enforcement |

| Browse Jail Register |   | Search Jail Booking System |

### HOLLAND, DWIGHT M

**King County**

### Physical Characteristics   show | hide

**DOB:**
**Race:**        Black
**Gender:**      M
**Height:**      510
**Weight:**      225
**Eye Color:**   BRO

### All Associated Aliases   show | hide

1. HOLLAND, DWIGHT MICHAEL

### Agency IDs   show | hide

**CCN:** 1897785
**AFIS:** 437393
**FBI:**
**SID:** WA15954664

### Location Detail   show | hide

No location data available at this time.

### Addresses   show | hide

### Associated Vehicles   show | hide

### Booking Events   show | hide

**King County Jail Custody: OUT, Total Bail $ 0.00**

**BA:** 211028790
**Book Unit:** King County Correctional Facility - Seattle
**Book Date:** 09/16/2011 02:58
**Release Date:** 09/16/2011 13:07
**Release Reason:** Bond

Get Mug Shot □  Booking Detail   show | hide

**Arresting Agency:** WASH STATE PATROL(SEATTLE)
**Transport Agency:** WASH STATE PATROL(SEATTLE)
**AFIS Status:** V
**Arrest Date:** 09/16/2011 01:40
**Process Control Number:** 214549107

### Charges For This Booking   show | hide

| Pending Events | show | hide |
| --- | --- | --- |

| | |
| --- | --- |
| **Charge Number:** | 1 |
| **Charge:** | D.W.I. |
| **RCW / ORD:** | 46.61.502 |
| **Bail:** | $500.00 |
| **Charge Status:** | Charged awaiting trial |
| **Type Of Warrant:** | Misdemeanor (direct) |
| **Charge Rel Reason:** | Bond |
| **Charge Rel Date:** | 09/16/2011 |
| **Charge Date:** | 09/16/2011 |
| **Originating Agency:** | WASH STATE PATROL (SEATTLE) |
| **Case No:** | |
| **Court:** | NORTH EAST |
| **Cause No:** | 1Z0501814 |
| **Sentence Date:** | |
| **Days Served:** | 0 |
| **Max Days:** | 0 |
| **Min Days:** | 0 |
| **Uniform Crime Code:** | 21 |

Data Accuracy Disclaimer/Privacy Policy

W3C Web Content Accessibility Conformance, Making Content Accessible For People With Disabilities

| Accessibility Notifications: | None | Customize | help |
| --- | --- | --- | --- |

Home | OHRM | Employee News | Jobs | Help | Search

Links to external sites do not constitute endorsements by King County.
By visiting this and other King County web intranet pages,
you expressly agree to be bound by terms and conditions of the site.
The details.

# Exhibit 2

Declaration of Kanner

```
DD7020SX JGW              KING COUNTY DISTRICT COURT           PAGE:      1
07/31/2013  2:44 PM              D O C K E T
                                                    CASE: 1Z0501814 KNJ
DEFENDANT                                           Probable Cause
  HOLLAND, DWIGHT MICHAEL                           Agency No.
  325 WASHINGTON AVE SO STE 332
  KENT WA 98032                        Home Phone: 2062909460

AKA No aliases on file.


CHARGES
  Violation Date: 09/16/2011            DV Plea          Finding
  1 PCDWI          PC DRIVING WHILE INTOXICA N          Dismissed
TEXT
  S 09/21/2011 Case Filed on 09/21/2011                               KKK
  U            CASE NOT FILED - ENTERED FOR PURPOSE OF BAIL/BOND ONLY
  S 09/22/2011 DEF 1 HOLLAND, DWIGHT MICHAEL Added as Participant
               Charge 1 Dismissed : Chrg Not Fld Pnd
               Case Heard Before Judge PRESIDING JUDGE
               BON 1 ALL CITY BAIL BOND Added as Participant
               11265104140 Appearance Bond Posted for DEF 1     500.00
               Posted by:  ALL CITY BAIL BOND
               Appearance Bond SO501749308 Exonerated           500.00
  U            EXONERATION LETTER MAILED TO BONDING CO
  S            Case Disposition of CL Entered
  U            CASE NOT FILED YET
  S 09/27/2011 PCN added to case                                     JJS
  U 10/07/2011 DEFENDANT PHONED; INFORMED CASE NOT YET FILED WITH KCDC AND  ALT
               NO HEARING SCHEDULED AT THIS TIME. DEFENDANT'S ADDRESS
               UPDATED.

ADDITIONAL CASE DATA
  Case Disposition
    Disposition: Closed                      Date: 09/22/2011

  Parties
    Bondsman            ALL CITY BAIL BOND

  Personal Description
    Sex: M  Race: B  DOB: ████████
    Dr.Lic.No.: ██████████  State: WA  Expires: 2014
    Employer: FEDERAL EXP
    Height: 5 10  Weight: 222  Eyes: BRO  Hair: BLK

End of docket report for this case
```

CERTIFICATION - State of Washington, County of King.
The undersigned duly authorized clerk of King County District
Court, Washington, hereby Certifies that the document on
which this stamp is imprinted is a true and correct copy of
the original filed in the court.

SIGNED_____ _Joshua Woods_

_____ _7/31/13_____ , Court Clerk

# Exhibit 3

Declaration of Kanner

**FILED**

DEC 27 2011

KCDC - East Division
Redmond

King County District Court, East Division, Redmond Courthouse

| | |
|---|---|
| STATE OF WASHINGTON, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1Z0501814 |
| ) | |
| DWIGHT MICHAEL HOLLAND ) | |
| DOB: ▉▉▉▉▉ ) | COMPLAINT |
| Defendant, ) | |

I, Daniel T. Satterberg, Prosecuting Attorney, in the name and by the authority of the State of Washington, do accuse DWIGHT MICHAEL HOLLAND of the crime of **Driving While Under the Influence**, committed as follows:

That the defendant DWIGHT MICHAEL HOLLAND in King County, Washington on or about 16 September 2011, drove a vehicle within this state while under the influence of or affected by intoxicating liquor or any drug; and/or while under the combined influence of or affected by intoxicating liquor and any drug;

Contrary to RCW 46.61.502 and 46.61.506, and against the peace and dignity of the State of Washington.

And I, Daniel T. Satterberg, Prosecuting Attorney for King County, do further allege that the Defendant did refuse to take a breath test offered pursuant to RCW 46.20.308; contrary to Revised Code of Washington 46.61.5055.

**AND COMES NOW PLAINTIFF, STATE OF WASHINGTON, AND HEREBY DEMANDS A JURY TRIAL IN THE ABOVE-ENTITLED CAUSE. SUCH DEMAND IS MADE PURSUANT TO CrRLj 6.1.1(B).**

DANIEL T. SATTERBERG, Prosecuting Attorney

By: _____ 42933

ERIN S. NORGAARD, WSBA #32789
Senior Deputy Prosecuting Attorney

COMPLAINT - 1

Daniel T. Satterberg, Prosecuting Attorney
Criminal Division, District Court Unit

# Exhibit 4

Declaration of Kanner

```
DD7020SX JGW              KING COUNTY DISTRICT COURT           PAGE:      1
07/31/2013  2:44 PM           D O C K E T
                                               CASE: 1Z0501814 WSP
DEFENDANT                                      Criminal Traffic
  HOLLAND, DWIGHT MICHAEL                      Agency No. RED
  325 WASHINGTON AVE SO STE 332
  KENT WA 98032                    Home Phone: 2062909460

AKA No aliases on file.
```

```
OFFICER
  00716 WSP BROCK, ANTHONY

CHARGES
  Violation Date: 09/16/2011        DV Plea        Finding
  1 46.61.502     DUI               N Not Guilty   Dismissed

TEXT
  S 12/27/2011 Case Filed on 12/27/2011                            CAD
               DEF 1 HOLLAND, DWIGHT MICHAEL Added as Participant
               OFF 1 BROCK, ANTHONY Added as Participant
               ARR Set for 01/09/2012 08:45 AM
               in Room RE2 with Judge FVL
  U            FILED THROUGH INVESTIGATION AT REDMOND COURT
               CITATION AND SUBPOENA REQUEST FOR TRIAL FILED
  S 12/28/2011 Notice Issued for ARR on 01/09/2012 08:45 AM        MYM
  U 12/30/2011 DEFENDANT CALLS TO CONFIRM DATE TIME AND LOCATION OF ASV
               UPCOMING HEARING.
  S 01/09/2012 ARR: Not Held, Wt/FTA Ordered                       KLK
  U            RE2 12:07 ALD                                       ALD
               JUDGE FRANK V LASALATA
               DPA JACOB BROWN PRESENT
               DEFENDANT NOT PRESENT
               COURT FINDS PROBABLE CAUSE
               COURT NOTES FTA AND ORDERS $5,000 CASH / BOND WARRANT PENDING
                 ADDRESS CERTIFICATION BY THE STATE
    01/10/2012 ENTRY OF PLEA FILED BY DEFENDANT                    CAD
               PAPERWORK REFERRED TO JUDGE LASALATA
               DEF CALLS, HAS QUESTIONS REGARDING CASE STATUS, TRANSFERRED PMH
               CALL TO KCDC REDMOND DIVISION FOR FURTHER INQUIRY AND
               ASSISTANCE.
    01/11/2012 DATA BASE SEARCH FILED REQUESTING ARR RE-SET AND NOTICE CAD
               MAILED TO NEW ADDRESS
               PER JUDGE LASALATA, ARR RE-SET PER STATE REQUEST
  S            ARR Set for 01/23/2012 08:45 AM
               in Room RE4 with Judge DKT
    01/12/2012 Notice Issued for ARR on 01/23/2012 08:45 AM        MAC
  U            DEFENDANT PHONED; GIVEN HEARING DATE, TIME, AND LOCATION. ALT
               DEFENDANT'S ADDRESS UPDATED.
    01/20/2012 DOCUMENTATION FILED AT NMRJC                        NJT
               ENTRY OF PLEA
               DEFENDANT'S MOTION TO QUASH SUMMONS
               DECLARATION OF EXECUTORSHIP
               DOCUMENTS E COPIED TO THE REDMOND COURTHOUSE AS ARRAIGNMENT
               IS ON 1/23/12
```

Docket continued on next page

CERTIFICATION - State of Washington, County of King.
The undersigned duly authorized clerk of King County District
Court, Washington, hereby certifies that the document on
which this stamp is imprinted is a true and correct copy of
the original filed in the court.

SIGNED _____ Johana Woods _____
_____ 7/31/13 _____, Court Clerk

```
DD7020SX JGW             KING COUNTY DISTRICT COURT              PAGE:     2
07/31/2013  2:44 PM            D O C K E T

                                            CASE: 1Z0501814 WSP
DEFENDANT                                   Criminal Traffic
  HOLLAND, DWIGHT MICHAEL                   Agency No. RED


TEXT - Continued
   S 01/23/2012 ARR: Not Held, Wt/FTA Ordered                        LRH
   U            RE4 10:52 BEGIN / LRH
                JUDGE DONNA K. TUCKER PRESIDING
                DPA STEPHAN THOMAS PRESENT FOR THE STATE
                DEFENDANT NOT PRESENT
                COURT RULING - PREVIOUS PC, ISSUE WARRANT $5,000 CASH
                OR BOND
   S 01/27/2012 BENCH Warrant Ordered
                Print on or after 01/27/2012
                Warrant expires on 01/27/2015
     01/30/2012 BENCH Warrant Issued for                             SYS
                Fail To Appear For Hearing
                Bail:  5,000.00 +   0.00 Warrant Fee; Total Bail     5,000.00
   U 02/01/2012 DEFENDANT'S MOTION TO VACATE FAILURE TO APPEAR, REQUEST OF   CER
                DATE FOR ORAL ARGUMENT AND PROPOSED ORDER TO QUASH WARRANT
                FILED AT MRJC, SCANNED TO REDMOND WORKFLOW WITH EMAIL
                TO ADVISE.
     02/02/2012 DEFENDANT'S MOTION TO VACATE REFERRED TO JUDGE TUCKER FOR   KXL
                REVIEW
     02/14/2012 PER JUDGE TUCKER - SET FOR BENCH WARRANT CALENDAR, MOTION TO
                QUASH BENCH WARRANT IS DENIED
   S            MOT BW Set for 02/27/2012 03:00 PM
                in Room RE1 with Judge JEG
   U            DEF'S ADDRESS UPDATED FROM MOTION TO QUASH BENCH WARRANT
                NOTICE MAILED TO DEF
   S 02/24/2012 MOT BW Rescheduled to 02/28/2012 03:00 PM            JJS
                in Room RE3 with Judge LKJ
   U            RESCHEDULED TO CORRECT CALENDAR (NO BENCH WARRANT CALENDAR
                ON 2/27)
                ATTEMPTED CALL TO DEFENDANT TO NOTIFY OF DATE CHANGE - NO
                 RESPONSE ON NUMBER LISTED ON PER SCREEN, UNABLE TO LEAVE
                 MESSAGE
                THIRD PARTY AT FRONT COUNTER FILES-PROPOSE ORDER TO DISMISS   JEM
                AND VACATE ANY AND OR ORDERS-ANSWER TO COMPLAINT AND MOTION
                TO DISMISS AND VACATE ANY AND OR ORDER-ALL PREPPED FOR
                SCANNING TO REDMOND COURTHOUSE
   S 02/28/2012 MOT BW: Not Held, Wt/FTA Ordered                    SDF
   U            RE3 03:31 SDF
                JUDGE PRO TEM HOLLY JOHNSON PRESIDING FOR LKJ
                PA WAIVES PRESENCE
                DEF NOT PRESENT
                COURT RULING: WARRANT REMAINS
     03/02/2012 FILED: ANSWER TO COMPLAINT AND MOTION TO DISMISS AND VACATE   KXL
                ANY AND OR ORDERS
                MOTION TO DISMISS REFERRED TO JUDGE GARROW FOR REVIEW
     03/05/2012 COURT RULINGS PER JUDGE PRO-TEM JOHANNA BENDER:          EDN
                -NO ACTION ON DEF'S MOTION AS CASE IS IN WARRANT STATUS
                -DEF WAS NOT NOTIFIED OF NEW BENCH WARRANT HEARING, RESET AND
                 SEND NOTICE


Docket continued on next page
```

```
DD7020SX JGW                KING COUNTY DISTRICT COURT              PAGE:     3
07/31/2013  2:44 PM                D O C K E T

                                                      CASE: 1Z0501814 WSP
DEFENDANT                                             Criminal Traffic
 HOLLAND, DWIGHT MICHAEL                              Agency No. RED

TEXT - Continued
   S 03/05/2012 MOT BW Set for 03/12/2012 03:00 PM                           EDN
              in Room RE4 with Judge DKT
   U          NOTICE TO ISSUE
   S 03/06/2012 Notice Issued for MOT BW on 03/12/2012 03:00 PM              MYM
   U 03/12/2012 RE4 03:30 / LRH                                              LRH
              PRO TEM HOLLY JOHNSON FOR JUDGE (DKT)
              DPA NOT PRESENT AT WARRANT WALK-IN CALENDARS
              DEFENDANT NOT PRESENT
              WARRANT STAYS OUTSTANDING
   S          MOT BW: Not Held, Wt/FTA Ordered                              SDF
   U 06/04/2012 MOTION FOR ORDER TO SHOW CAUSE RE: VACATION OF JUDGMENT/ORDER CER
              AND DELCARATIONS IN SUPPORT OF MOTION TO VACATE ALONG WITH
              ORDER ON MOTION AND ORDER TO SHOW CAUSE FILED, SCANNED
              TO REDMOND COURTHOUSE WORKFLOW.
     06/06/2012 FILED: MOTION AND ORDER TO SHOW CAUSE RE: VACATION OF        KXL
                JUDGMENT/ORDER
     06/07/2012 MOTION AND ORDER TO SHOW CAUSE REFERRED TO JUDGE JACKE
     06/11/2012 DEFENDANT AT FRONT COUNTER TO SIGN UP FOR WARRANT WALK IN    CZL
              CALENDAR
              DEFENDANT'S ADDRESS VERIFIED FROM WARRANT WALK IN
              APPLICATION
   S          MOT BW Set for 06/11/2012 03:00 PM
              in Room RE2 with Judge FVL
   U          DEFENDANT PROVIDED COPY OF DOCKET SCREEN TO NOTIFY OF HEARING
              TIME/LOCATION
   S          MOT BW on 06/11/2012 03:00 PM
              Changed to Room RE2 with Judge MJF
              MOT BW: Held                                                  RXP
   U          RE2  03:34  RXP
              JUDGE PRO TEM KETU SHAH PRESIDING FOR JUDGE LA SALATA
              DPA'S PRESENCE WAIVED AT WARRANT WALK IN CALENDAR
              DEFENDANT PRESENT PRO SE
              COURT REVIEWS FTA HISTORY
              03:38 - DEF'S STATEMENT REGARDING MISSED HEARING
              COURT RECALLS WARRANT
              RECALL FAXED TO KING COUNTY PD, CONFIRMATION RECEIVED
              COPY OF RECALL CONFIRMATION & HEARING NOTICE TO DEF IN PERSON
   S          Warrant Recalled
              ARR N Set for 06/25/2012 08:45 AM
              in Room RE3 with Judge LKJ
   U 06/12/2012 PER JUDGE JACKE RE: MOTION AND ORDER TO SHOW CAUSE - NO      KXL
              ACTION TAKEN
   S 06/13/2012 Warrant Returned                                            KKK
   U 06/21/2012 NOTICE OF SPECIAL APPEARANCE AND DEF'S AFFIDAVIT FILED       CMS
   S 06/25/2012 ARR N: Held                                                 ALD
   U          RE3 9:36 ALD
              JUDGE LINDA K JACKE
              DPA STEPHEN THOMAS PRESENT
              DEFENDANT PRESENT PRO SE
```

Docket continued on next page

```
DD7020SX JGW                  KING COUNTY DISTRICT COURT          PAGE:        4
07/31/2013  2:44 PM                D O C K E T

                                                    CASE: 1Z0501814 WSP
DEFENDANT                                           Criminal Traffic
 HOLLAND, DWIGHT MICHAEL                            Agency No. RED


TEXT - Continued
   U 06/25/2012 DEFENDANT TO PROCEED WITHOUT ATTY                          ALD
               CASE PASS FOR DEFENDANT TO REVIEW WAIVER OF RIGHT TO LAWYER
               9:55 CONTINUE
               COURT NOTES DISADVANTAGES TO PROCEEDING WITHOUT COUNSEL
               COURT REVIEW WAIVER OF RIGHT TO ATY
   S           Defendant waived counsel on 06/25/2012
   U           DEFENDANT ADVISED OF RIGHTS.
               DEFENDANT ENTERS A PLEA OF NOT GUILTY
               COURT MAKES A FINDING OF PROBABLE CAUSE
               CONDITIONS OF RELEASE/COURT DATE TO DEFENDANT IN PERSON
   S           Defendant Arraigned on Charge 1
               Plea/Response of Not Guilty Entered on Charge 1
   U           PLAINTIFF RESPONSE TO REQUEST FOR DISCOVERY AND PLAINTIFF''S ECR
                REQUEST FOR DISCOVERY FILED (DCORAUTO)
               WAIVER OF RIGHT TO LAWYER FILED (DCORAUTO)
   S 06/28/2012 PTR N Set for 08/02/2012 08:45 AM                          ALD
               in Room RE3 with Judge LKJ
   U 07/30/2012 FILED-DEFENDANT'S NOTICE OF SPECIAL APPEARANCE             KLK
     07/31/2012 MOTION TO DISMISS LACK OF JURIS. FILED BY DEF              CMS
   S 08/02/2012 PTR N: Held                                                SDF
   U           RE3 09:37 SDF
               JUDGE LINDA K JACKE PRESIDING
               STATE PRESENT REPRESENTED BY JACOB BROWN
               DEF PRESENT PRO SE
               DEF PREVIOUSLY WAIVED AN ATTY
               DEF REQUESTS OCTOBER DATE
               PRETRIAL ORDER SIGNED
               COPIEE GIVEN TO ALL PARTIES IN PERSON
               FILED: WAIVER OF TIME FOR TRIAL THROUGH 12/20/12
     08/03/2012 MOTION, CERTIFICATION AND ORDER OF DISMISSAL FILED BY DPA  CAD
               MOTION/ORDER REFERRED TO JUDGE JACKE
               JUDGE JACKE SIGNS ORDER OF DISMISSAL
   S           Charge 1 Dismissed : State's Mtn-Othr
               Case Heard Before Judge JACKE, LINDA K
               Case Disposition of CL Entered
   U           COPY OF ORDER MAILED TO DEFENDANT AND FORWARDED TO STATE
     09/21/2012 SUBPOENA LOG FILED (DCORAUTO)                              ECR


ADDITIONAL CASE DATA
  Case Disposition
    Disposition: Closed                         Date: 08/03/2012


  Personal Description
    Sex: M   Race: B  DOB: ▓▓▓▓▓▓▓
    Dr.Lic.No.: ▓▓▓▓▓▓▓▓▓     State: WA   Expires: 2014
    Employer: FEDERAL EXP
    Height: 5 10   Weight: 222   Eyes: BRO   Hair: BLK


  Hearing Summary
    Held      BENCH WARRANT MOTION ON 06/11/2012 AT 03:00 PM IN ROOM RE2 WITH MJF
```

Docket continued on next page

```
DD7020SX JGW               KING COUNTY DISTRICT COURT          PAGE:      5
07/31/2013  2:44 PM              D O C K E T

                                              CASE: 1Z0501814 WSP
DEFENDANT                                      Criminal Traffic
  HOLLAND, DWIGHT MICHAEL                      Agency No. RED

ADDITIONAL CASE DATA - Continued
  Hearing Summary
     Held     ARRAIGNMENT        ON 06/25/2012 AT 08:45 AM IN ROOM RE3 WITH LKJ
     Held     PRETRIAL HEARING   ON 08/02/2012 AT 08:45 AM IN ROOM RE3 WITH LKJ
```

End of docket report for this case

# Exhibit 5

Declaration of Kanner

## KING COUNTY DISTRICT COURT
### EAST DIVISION - REDMOND COURTHOUSE

| | |
|---|---|
| STATE OF WASHINGTON, | No.:    1Z0501814 |
| vs. | |
| | **FINDING OF PROBABLE CAUSE** |
| HOLLAND, DWIGHT MICHAEL<br>Defendant | |

After a careful review of the files and records herein including the statement of probable cause executed by the citing law enforcement officer along with any report submitted by that officer and any accompanying documentation to that report.

THE COURT HEREBY FINDS THAT PROBABLE CAUSE EXISTS that on 9/16/2011 the crime of DUI may have been committed.

Dated: **January 9, 2012**

Frank V. LaSalata, Judge