The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND ) | No. 12-cv-0791 JLR |
| Plaintiff, ) | |
| ) | **DECLARATION OF GERRIE** |
| vs. ) | **LAQUEY** |
| ) | |
| KING COUNTY ADULT DETENION, KING ) | |
| COUNTY et al., KING COUNTY DISTRICT ) | |
| COURT EAST DIVISION – REDMOND ) | |
| COURTHOUSE, et al., WASHINGTON STATE ) | |
| DEPARTMENT OF LICENSING et al., ) | |
| WASHINGTON STATE PATROL et al., ) | |
| OFFICER WSP ANTHONY BROCK in his ) | |
| individual and official capacity as Washington ) | |
| State Patrol Officer, LAKEYSHA NICOLE ) | |
| WASHINGTON in her individual and official ) | |
| capacity as Prosecuting Attorney, KING COUNTY ) | |
| PROSECUTING ATTORNEY'S OFFICE, et al., ) | |
| GRAY WESTSIDE TOWING LLC, ) | |
| ) | |
| Defendant(s). ) | |

Gerrie LaQuey declares as follows:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. I am a Records Manager with the King County Department of Public Health.

DECLARATION OF GERRIE LAQUEY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

3. Part of my job entails being a custodian of medical records created and/or maintained by Jail Health Services.

4. Attached hereto as Exhibit 1 are true and correct copies of medical records from Jail Health Services pertaining to the medical care of Dwight M. Holland during his September 16, 2011 incarceration. Mr. Holland's date of birth has been redacted pursuant to court rule.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 31 day of July, 2013 at Seattle, Washington

*Gerrie LaQuey*
Gerrie LaQuey

DECLARATION OF GERRIE LAQUEY - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820   Fax (206) 296-8819

# Exhibit 1

Declaration of LaQuey

## RECEIVING SCREENING FORM

| | |
|---|---|
| DATE: 09/16/2011 04:28 | |
| PATIENT NAME: HOLLAND, DWIGHT M | |
| AGE: 49 | |

**VITAL SIGNS:**

MOST RECENT: 9/16/2011

| BP: 163 / 107 (Sitting) | Pulse: 96 (Sitting) | Temperature: 98.7 (Left Ear) | Respiration: 16 / min | SO2: 99 % |
|---|---|---|---|---|

PRIOR:

| BP: | Pulse: | Temperature: | Respiration: | SO2: 99 % |
|---|---|---|---|---|

ALLERGIES:   NO KNOWN ALLERGIES

ENCOUNTER DATE/TIME:   SEEN @ 0410

- ENHANCED RSF INTAKE ASSESSMENT
    - DAJD Deferral Screening Reviewed
    - Initial Observation
        - No Observed Medical Problems
    - Medical History
        - Hypertension
        - Other (please describe)
    - Mental Health Screening
        - Psychiatric Treatment in Past 3 Months
            - No
        - Currently Enrolled in Psychiatric Treatment
            - No
        - Taking Psychiatric Medications in Past 45 Days
            - No
        - Other Mental Health Concerns (reminder for Psych Provider Chart Review)
            - None
        - Prior Suicide Housing or Psychiatric Housing Admit
            - None
        - Prior Suicide Attempt
            - No
        - Suicidal Ideation
            - No
    - Rule Out Active Tuberculosis
        - No Indications for PPD
    - Rule Out Risk for Detox
        - No Stated Drug or Alcohol Problems
    - Dental Problems
        - No Stated Dental Problems
    - Medications
        - Uses Prescription Medication (please list)
        - Meds Verified

---

**Public Health**
Seattle & King County

**Jail Health Services**
500 5th Avenue
Seattle, WA 98104
Ph: 206.296.1091
FAX: 206.296.1771

620 W James St
Kent, WA 98032
Ph: 206.205.2410
FAX: 206.205.2439

New/Revised –Receiving Screening Form– Form #  (Aug 2006) (Rev.  )

PATIENT NAME: HOLLAND, DWIGHT M
BA #: 211028790
CCN: 1897785
BOOKING DATE: 9/16/2011 02:58AM
LOCATION: KCCF - 4-03–BK

HRN: 000041256
DOB:
SEX: male

- Page 1 of 2 -

P. 1

## RECEIVING SCREENING FORM

Housing Recommendation
Medical (complete 571)

| | |
|---|---|
| S | HO SLEEP APNEA AND HTN. SAYS HE HAS DIABETES BUT, PER GROUP HEALTH, NO DX, ONLY GLUCOSE INTOLERANCE. USES CPAP SET AT 13. |
| O | OBESE, 49 YO, AA, MALE, COOP. BG=97. BP ELEVATED, ASYMPTOMATIC. T/C TO GROUP HEALTH – 7/30 RANITADINE 150MG QHS #60; 7/30 OMEPRAZOLE 20MG QAM #30; 6/7 METOPOROL 50MG ½ TAB BID #30. |
| A | SLEEP APNEA; HTN; GERD. |
| P | TRANSFER TO MED FLOOR. WEDGE ORDERED. REFER TO MED PROVIDER FOR MEDS TO FILL. VS CHECK BIW X 14 DAYS.<br><br>Procedures Ordered:<br>    INTAKE ASSESSMENT - RN:   enhanced rsf intake assessment<br>    VITAL SIGNS - BIW X2 WEEKS:        enhanced rsf intake assessment<br>    EQUIPMENT - BED WEDGE:    enhanced rsf intake assessment<br><br>New Reminders Added:<br>    MEDICAL PROVIDER - MEDS TO FILL Due on 09/16/2011 04:44(HTN). |

**RN Name:** LARSEN, COLLEEN R.N.

Electronically Signed by LARSEN, COLLEEN R.N. on 09/16/2011.
##And No Others##



| Public Health Seattle & King County | **Jail Health Services** | | **PATIENT NAME:** HOLLAND, DWIGHT M | |
|---|---|---|---|---|
| | 500 5th Avenue<br>Seattle, WA 98104<br>Ph: 206.296.1091<br>FAX: 206.296.1771 | 620 W James St<br>Kent, WA 98032<br>Ph: 206.205.2410<br>FAX: 206.205.2439 | **BA #:** 211028790<br>**CCN:** 1897785<br>**BOOKING DATE:** 9/16/2011 02:58AM<br>**LOCATION:** KCCF - 4-03–BK | **HRN:** 000041256<br>**DOB:** ▓▓▓▓<br>**SEX:** male |

New/Revised –Receiving Screening Form– Form #  (Aug 2006) (Rev. )

## NURSING PROGRESS NOTE

| DATE: 09/16/2011 11:33 |
| --- |
| PATIENT NAME: HOLLAND, DWIGHT M |

| VITAL SIGNS: | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MOST RECENT: 9/16/2011 | | | | | | | | | |
| BP: | 163 / 107 (Sitting) | Pulse: | 96 (Sitting) | Temperature: | 98.7 (Left Ear) | Respiration: | 16 / min | SO2: | 99 % |
| PRIOR: | | | | | | | | | |
| BP: | | Pulse: | | Temperature: | | Respiration: | | SO2: | |
| MEDICATIONS: | | | | | | | | | |
| ALLERGIES: | NO KNOWN ALLERGIES | | | | | | | | |

ENCOUNTER DATE/TIME:   9/16/2011 1100

Reminder in place to give pt wedge
Reviewed chart, no outside records with DX Sleep Apnea
Saw pt on deck to sign ROI for outside record DX sleep apnea and study
Pt not able to name provider, unable to obtain records
Pt states sign paperwork and should be released today from jail
Pt instructed if not get OOJ, need to call family or friends and get name of provider for records for Sleep Apnea
Pt agree with plan
Kite PRN


Procedures Ordered:
      NURSE - TRIAGE (NO KITE):    nursing services



Nurse's Name: DENSMORE, SUSAN R.N.



      Electronically Signed by DENSMORE, SUSAN R.N. on 09/16/2011.
      ##And No Others##



| | Jail Health Services | | PATIENT NAME: HOLLAND, DWIGHT M | |
| --- | --- | --- | --- | --- |
| Public Health Seattle & King County | 500 5th Avenue Seattle, WA 98104 Ph: 206.296.1091 FAX: 206.296.1771 | 620 W James St Kent, WA 98032 Ph: 206.205.2410 FAX: 206.205.2439 | BA #: 211028790 CCN: 1897785 BOOKING DATE: 9/16/2011 02:58AM LOCATION: KCCF - 7SLC05 | HRN: 000041256 DOB: SEX: male |

New/Revised –Nursing Progress Note– Form #  (Aug 2006.) (Rev. mo. – yr.)

- Page 1 of 1 -

P.3

## MEDICAL PROVIDER REVIEW NOTE

**DATE:** 09/16/2011 11:48

**PATIENT NAME:** HOLLAND, DWIGHT M

**VITAL SIGNS:**

**MOST RECENT:** 9/16/2011

| BP: | 163 / 107 (Sitting) | Pulse: | 96 (Sitting) | Temperature: | 98.7 (Left Ear) | Respiration: | 16 / min | SO2: | 99 % |
|---|---|---|---|---|---|---|---|---|---|

**PRIOR:**

| BP: | | Pulse: | | Temperature: | | Respiration: | | SO2: | |
|---|---|---|---|---|---|---|---|---|---|

Current Height:        Current Weight:

**MEDICATIONS:**

**ALLERGIES:** NO KNOWN ALLERGIES

- [x] Internal medical record review
- [ ] External / outside medical record review
- [ ] Laboratory review
- [ ] Other review

### Provider Review Information:
Med to fill reminder set for IM with BP 164/107 on no current BP med OOJ.
VS biw x 2 wks ordered appropriately.

### Assessment and Plan:
No action indicated. Wait for BP average to determine disposition.

Procedures Ordered:
    MEDICAL PROVIDER REVIEW - LEVEL 1:    enhanced rsf intake assessment

**Provider Name:** HIGGS, ROGER M.D.

Electronically Signed by HIGGS, ROGER M.D. on 09/16/2011.
##And No Others##

---

**Public Health Seattle & King County**

Jail Health Services
500 5th Avenue           620 W James St
Seattle, WA 98104        Kent, WA 98032
Ph: 206.296.1091         Ph: 206.205.2410
FAX: 206.296.1771        FAX: 206.205.2439

New/Revised – Medical Provider Review Note – Form #4709  (Aug 2006.) (Rev. Jun 2011)

**PATIENT NAME:** HOLLAND, DWIGHT M
**BA #:** 211028790
**CCN:** 1897785
**BOOKING DATE:** 9/16/2011 02:58AM
**LOCATION:** KCCF - 7SLC05
**HRN:** 000041256
**DOB:**
**SEX:** male

## CLINICAL DATA EXTRACT – RELEASE OF INFORMATION

EXTRACT DATE: 12/11/2012 08:05

CORRESPONDING AUTHORIZATION FORM SCAN DATE:

A Release of Information (ROI) was processed for this patient. The requested medical records were copied and forwarded to the Public Health Compliance Office for review, redaction and processing. Detailed below is information regarding the requestor of this ROI:

**Requestor's Name:** Terry M., Risk Mgr.
**Agency:** PH BSA Office
**Phone:** 206 263-8255
**ROI Scan Date:** 12/10/12

**Fulfilled By:** FORTSON, ALFREDA

---

**DATABASE EXTRACT:** All data shown below the line is a direct automated extract of the clinical information contained within the electronic health record of the patient. This data has not been altered in the creation of this note. However the information contained below is subject to redaction by the Public Health to conform to the request.

---

## DEMOGRAPHICS:

| PATIENT NAME: HOLLAND, DWIGHT M | HRN: 000041256 | DOB: ▓▓▓▓ | SEX: male |
|---|---|---|---|

## PROBLEM LIST:

| ACTIVE PROBLEMS: | Enhanced Rsf Intake Assessment First Observed 9/16/2011 04:29AM |
|---|---|
| INACTIVE PROBLEMS: | . |

## ALLERGY LIST:

| ALLERGIES: | NO KNOWN ALLERGIES |
|---|---|

## MEDICATION LIST:

| MEDICATIONS ORDERED DURING LAST ADMISSION: | NOTE: Medications listed here only if patient is no longer admitted. |
|---|---|
| ACTIVE MEDICATIONS: | NOTE: Medications listed here only if patient is currently a JHS patient. |

---

**Public Health**
**Seattle & King County**

New/Revised –Clinical Data Summary - Roi– Form # (Dec 2009) (Rev. mo. – yr.)

**Jail Health Services**
500 5th Avenue            620 W James St
Seattle, WA  98104       Kent, WA 98032
Ph: 206.296.1091          Ph: 206.205.2410
FAX: 206.296.1771        FAX: 206.205.2439

**PATIENT NAME:** HOLLAND, DWIGHT M
**BA #:** 211028790
**CCN:** 1897785
**BOOKING DATE:** 9/16/2011 02:58AM
**LOCATION:** KCCF - 4-03-REL

**HRN:** 000041256
**DOB:** ▓▓▓▓
**SEX:** male

- Page 1 of 2 -

P. 5

CLINICAL DATA EXTRACT – RELEASE OF INFORMATION

|  |  |
|---|---|
|  |  |

## VITAL SIGNS HISTORY:

| Date/Time | Entered By | BP | Pulse | Rhythm | Resp | Temp | Oxygen | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| 9/16/2011 04:27AM |  | 163 / 107 Standing | 96 Standing |  | 16 | 98.7 L. EAR | 0.00 L/Min |  |  |

CLINICAL DATA EXTRACT - AUTHENTICATION:

This document is finished and has been entered into the patient's chart.

| Public Health Seattle & King County | Jail Health Services<br>500 5th Avenue          620 W James St<br>Seattle, WA 98104    Kent, WA 98032<br>Ph: 206.296.1091     Ph: 206.205.2410<br>FAX: 206.296.1771   FAX: 206.205.2439 | PATIENT NAME: HOLLAND, DWIGHT M<br>BA #: 211028790<br>CCN: 1897785<br>BOOKING DATE: 9/16/2011 02:58AM<br>LOCATION: KCCF - 4-03-REL | HRN: 000041256<br>DOB:<br>SEX: male |
|---|---|---|---|

New/Revised –Clinical Data Summary - Roi– Form #  (Dec 2009)) (Rev. mo. – yr.)

```
                        KING COUNTY JAIL HEALTH SRVCES
                                      KCCF
                             PHYSICIANS DAILY ORDERS

  Admitting MD: SANDERS, BENJAMIN L
  Attending MD: SANDERS, BENJAMIN L
  Referring MD:
  PATIENT NAME: HOLLAND, DWIGHT M          MRN :000041256      AGE: 49    Sex :M

**************************************************************************************
**********
                                    - ENCOUNTER ORDERS -

  Ordering MD:     HIGGS, ROGER            Patient : HOLLAND, DWIGHT M        MRN
  :000041256
  Entry Date/Time: SEP-16-2011 11:55:31
  Entry User     : (47781)HIGGS,ROGER M.D.

   Procedure Date/Time : SEP-16-2011 11:55:00
   Procedure Type      : Provider
   Description         : MEDICAL PROVIDER REVIEW - LEVEL 1
   Procedure Comment   :
   Diagnoses           : ENHANCED RSF INTAKE ASSESSMENT
   Order No:9606621-1

 *** Electronically Signed by HIGGS, ROGER   on SEP-20-2011:130855.***
 ## And No Others ##
 =====================================================================================
 =========

                                  --- ENCOUNTER ORDERS ---
```

P. 7

```
                    KING COUNTY JAIL HEALTH SRVCES
                                KCCF
                        PHYSICIANS DAILY ORDERS

  Admitting MD: SANDERS, BENJAMIN L
  Attending MD: SANDERS, BENJAMIN L
  Referring MD:
  PATIENT NAME: HOLLAND, DWIGHT M        MRN :000041256      AGE: 49   Sex :M

*********************************************************************************
*********
                              - ENCOUNTER ORDERS -

  Ordering MD:   SANDERS, BENJAMIN L    Patient : HOLLAND, DWIGHT M      MRN
:000041256
  Entry Date/Time: SEP-16-2011 11:36:14
  Entry User     : (45601)DENSMORE,SUSAN R.N.

  Procedure Date/Time : SEP-16-2011 11:35:00
  Procedure Type      : RN Proc
  Description         : NURSE - TRIAGE (NO KITE)
  Procedure Comment   :
  Diagnoses           : NURSING SERVICES
  Order No:9606598-1

*** Electronically Signed by SANDERS, BENJAMIN L on SEP-16-2011:145413.***
## And No Others ##
=================================================================================
=========


                              --- ENCOUNTER ORDERS ---
```

p. 8

```
                        KING COUNTY JAIL HEALTH SRVCES
                                      KCCF
                              PHYSICIANS DAILY ORDERS

 Admitting MD: SANDERS, BENJAMIN L
 Attending MD: SANDERS, BENJAMIN L
 Referring MD:
 PATIENT NAME: HOLLAND, DWIGHT M         MRN :000041256      AGE: 49    Sex :M

*****************************************************************************
*********
                             - ENCOUNTER ORDERS -


 Ordering MD:     SCHROEDER, CATHERINE     Patient : HOLLAND, DWIGHT M     MRN
:000041256
 Entry Date/Time: SEP-16-2011 04:46:17
 Entry User     : (45413)LARSEN,COLLEEN R.N.

  Procedure Date/Time : SEP-16-2011 04:45:00
  Procedure Type      : RN Proc
  Description         : INTAKE ASSESSMENT - RN
  Procedure Comment   :
  Diagnoses           : ENHANCED RSF INTAKE ASSESSMENT
  Order No:9606265-1

*** Electronically Signed by SCHROEDER, CATHERINE  on SEP-19-2011:065916.***
## And No Others ##
================================================================================


 Ordering MD:     SCHROEDER, CATHERINE     Patient : HOLLAND, DWIGHT M     MRN
:000041256
 Entry Date/Time: SEP-16-2011 04:46:17
 Entry User     : (45413)LARSEN,COLLEEN R.N.

  Procedure Date/Time : SEP-16-2011 04:45:00
  Procedure Type      : RN Proc
  Description         : VITAL SIGNS - BIW X2 WEEKS
  Procedure Comment   :
  Diagnoses           : ENHANCED RSF INTAKE ASSESSMENT
  Order No:9606265-2

*** Electronically Signed by SCHROEDER, CATHERINE  on SEP-19-2011:065916.***
## And No Others ##
================================================================================


 Ordering MD:     SCHROEDER, CATHERINE     Patient : HOLLAND, DWIGHT M     MRN
:000041256
 Entry Date/Time: SEP-16-2011 04:46:17
 Entry User     : (45413)LARSEN,COLLEEN R.N.

  Procedure Date/Time : SEP-16-2011 04:45:00
  Procedure Type      : RN Proc
  Description         : EQUIPMENT - BED WEDGE
  Procedure Comment   :
  Diagnoses           : ENHANCED RSF INTAKE ASSESSMENT
  Order No:9606265-3

*** Electronically Signed by SCHROEDER, CATHERINE  on SEP-19-2011:065916.***
## And No Others ##
================================================================================


                             --- ENCOUNTER ORDERS ---
```

P. 9

| MEDICAL ALERT | |
|---|---|
| Date | 9-16-11 |
| Name | Holland, Dwight |
| BA # | 211028790 |
| Location | S 7 |
| DOB | ████ |

Bleeding Risk ☐
Breathing Condition ☐
Cardiac Condition ☐
(Diabetes) ☒
Hearing Impairment ☐
Needs Crutches ☐
Needs Cane/Walker ☐
Needs Wheelchair ☐
Personal Shoes ☐
Pregnant ☐
Seizure Risk-Lower Bunk/Deck ☐
Visual Impairment ☐
Wound Care Supplies ☐
(Other) ☒

Please Allow Inmate To:

Wedge

Ordered By: Colleen Larsen, RN
Nurse/ARNP, MD
2307

When Indicated & Approved by

Sergeant

Start Date   9-16-11

End Date:   **Until Released**

Forms Medical Alert Rev 7/99

p. 10