The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KING COUNTY ADULT DETENION, KING ) <br> COUNTY et al., KING COUNTY DISTRICT ) <br> COURT EAST DIVISION – REDMOND ) <br> COURTHOUSE, et al., WASHINGTON STATE ) <br> DEPARTMENT OF LICENSING et al., ) <br> WASHINGTON STATE PATROL et al., ) <br> OFFICER WSP ANTHONY BROCK in his ) <br> individual and official capacity as Washington ) <br> State Patrol Officer, LAKEYSHA NICOLE ) <br> WASHINGTON in her individual and official ) <br> capacity as Prosecuting Attorney, KING COUNTY ) <br> PROSECUTING ATTORNEY'S OFFICE, et al., ) <br> GRAY WESTSIDE TOWING LLC, ) <br> ) <br> Defendant(s). ) <br> _____) | No. 12-cv-0791 JLR <br><br> **DECLARATION OF JANET MASUO** |

Janet Masuo declares as follows:

1.     I have personal knowledge of the facts contained herein and am competent to testify thereto.

2.     I am the deputy clerk of the county council, King County's legislative branch.

DECLARATION OF JANET MASUO - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

3. The clerk of the council's office is the office designated for filing for claims for damages against King County.

4. Anne Noris, clerk of the county council, is the individual designated by the county council to receive service of summons in lawsuits against King County.

5. The clerk of the county council has a staff of five employees, including myself, each of whom has been authorized to accept service of summons on behalf of the clerk of the county council.

6. The clerk of the county council and her staff accept service of claims and legal process in the council clerk's office during regular business hours.

7. All legal process received by the council clerk's office is recorded in a computer database. We also maintain a log documenting all summons served to our office.

8. We also maintain (a) a log of all lawsuits and (b) a log of all claims for damages filed with the clerk of the council's office.

9. A review of the electronic records for documents received by the clerk between January 1, 2009 to present did not reveal an original or copy of any pleadings or other documents related to the case Dwight Holland v. King County Adult Detention, et al., U.S. District Court Case No. 12-cv-0791 JLR.

10. I reviewed our logs and there are no claims filed by Dwight Holland from January 1, 2009 to present.

DECLARATION OF JANET MASUO - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 31st day of July, 2013 at Seattle, Washington

*Janet Masuo*
Janet Masuo

DECLARATION OF JANET MASUO - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819