The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KING COUNTY ADULT DETENION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION – REDMOND COURTHOUSE, et al., WASHINGTON STATE DEPARTMENT OF LICENSING et al., WASHINGTON STATE PATROL et al., OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol Officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting Attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE, et al., GRAY WESTSIDE TOWING LLC,<br><br>　　　　　　　　　　Defendant(s). | No.  C12-0791-JLR<br><br>KING COUNTY DEFENDANTS'<br>REPLY RE: MOTION FOR<br>SUMMARY JUDGMENT<br><br>Noted for August 23, 2013 |

**REPLY**

King County Defendants' Motion for Summary Judgment was noted for August 23, 2013, therefore, Plaintiff's responsive brief was due to be filed on August 19, 2013. *See* LCR 7(d)(3). No responsive brief has been timely forthcoming from Plaintiff.

REPLY RE: MOTION FOR SUMMARY JUDGMENT
(C12-0791-JLR) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

In accordance with Fed. R. Civ. P. 56(e)(2) and (3) and LCR 7(b)(2), Defendants request that this Court consider Plaintiff's failure to respond as an admission that there are no disputed material facts and Defendants are entitled to summary judgment. Likewise, while Plaintiff filed a "Motion To Enlarge Of Time To Respond To King County Defendants' Motion for Summary Judgment," the motion is untimely under LCR 7(d)(2) and is not compliant with Fed. R. Civ. P. 56(d). As Plaintiff has provided no evidence to properly support any assertions of fact, rebut any assertions of fact as contained in King County Defendants' motion, or provide any declaration as to what he will be able to present if given additional time, Plaintiff's claims against all King County defendants should be dismissed with prejudice.

DATED this 22nd day of August, 2013 at Seattle, Washington.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _s/ Samantha D. Kanner_
SAMANTHA D. KANNER, WSBA #36943
Deputy Prosecuting Attorney
Attorney for King County Defendants
500 4th Ave, 9th Floor
Seattle, WA 98104
206-296-8820
Email: Samantha.Kanner@kingcounty.gov

REPLY RE: MOTION FOR SUMMARY JUDGMENT
(C12-0791-JLR) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819

## DECLARATION OF FILING AND SERVICE

I hereby certify that on August 22, 2013, I electronically filed the foregoing document with the clerk of the court via the CM/ECF e-filing portal. I further certify that the above listed documents were sent to the following parties via CM/ECF e-service:

Dwight Holland
Dmanh3@comcast.net

Tobin Dale
TobinD@atg.wa.gov

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 22nd day of August, 2013 at Seattle, Washington.

s/ Teresa Potter
TERESA POTTER, Paralegal
Litigation Section

REPLY RE: MOTION FOR SUMMARY JUDGMENT
(C12-0791-JLR) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819