The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY ADULT DETENION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION – REDMOND COURTHOUSE, et al., WASHINGTON STATE DEPARTMENT OF LICENSING et al., WASHINGTON STATE PATROL et al., OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol Officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting Attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE, et al., GRAY WESTSIDE TOWING LLC,<br><br>Defendant(s). | No.  C12-0791-JLR<br><br>KING COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO KING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REQUEST TO STRIKE PLAINTIFF'S MOTION<br><br>Noted for August 23, 2013 |

## INTRODUCTION

King County Defendants' Motion for Summary Judgment was noted for August 23, 2013, therefore, Plaintiff's responsive brief was due to be filed on August 19, 2013.  *See* LCR 7(d)(3).  No responsive brief has been timely forthcoming from Plaintiff.  Instead, Plaintiff filed a "Motion To Enlarge Of Time To Respond To King County Defendants' Motion for Summary

KING COUNTY'S OPPOSITION TO PLAINTIFF'S
MOTION TO ENLARGE TIME
(C12-0791-JLR) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

Judgment" citing Fed. R. Civ. P. 6(b).  King County Defendants oppose an extension of time for Plaintiff to respond to their Summary Judgment motion.

**ARGUMENT**

First, Plaintiff's motion should be stricken in its entirety as it is untimely.  Under LCR 7(d)(2), a motion for relief from a deadline cannot be noted for consideration earlier than the second Friday after service of the motion.  Plaintiff filed his motion on Monday August 19, 2013 and noted it for the same Friday (August 23, 2013).  As such the motion has not been properly noted and must be stricken.

Further, Plaintiff has provided no evidence to properly support any assertions of fact, rebut any assertions of fact as contained in King County Defendant's motion, or provide any declaration as to what he will be able to present if given additional time pursuant to Fed. R. Civ. P. 56(d).  Additionally, Plaintiff noted in prior pleadings with this court that King County Defendants have complied with his discovery requests (see ECF Docket 35-2, 37).  Although Plaintiff claimed that King County only "partly complied," Plaintiff has not filed a motion to compel against King County Defendants although he filed a motion to compel against State Defendants pursuant to the same set of discovery.   While Plaintiff claims that he needs more time to respond to King County Defendants' motion due to having to answer discovery from State Defendants, the responsibility is on plaintiff to maintain an action that he initiated.  As the only facts asserted by King County Defendants in their motion for summary judgment are undisputed, plaintiff is not entitled to additional time to respond to legal arguments based on the very claims he himself brought against Defendants.

As plaintiff's justification for an extension of time does not mount to good cause under Fed. R. Civ. P. 6(b), his motion should be denied.

KING COUNTY'S OPPOSITION TO PLAINTIFF'S
MOTION TO ENLARGE TIME
(C12-0791-JLR) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1    DATED this 22st day of August, 2013 at Seattle, Washington.

        DANIEL T. SATTERBERG
        King County Prosecuting Attorney

        By:   s/ *Samantha D. Kanner*
        SAMANTHA D. KANNER, WSBA #36943
        Deputy Prosecuting Attorney
        Attorney for King County Defendants
        500 4th Ave, 9th Floor
        Seattle, WA 98104
        206-296-8820
        Email: Samantha.Kanner@kingcounty.gov

KING COUNTY'S OPPOSITION TO PLAINTIFF'S
MOTION TO ENLARGE TIME
(C12-0791-JLR) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

## DECLARATION OF FILING AND SERVICE

I hereby certify that on August 22, 2013, I electronically filed the forgoing document with the clerk of the court via the CM/ECF e-filing portal.  I further certify that the above listed documents were sent to the following parties via CM/ECF e-service:

Dwight Holland
Dmanh3@comcast.net

Tobin Dale
TobinD@atg.wa.gov

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 22st day of August, 2013 at Seattle, Washington.

*s/ Teresa Potter*
TERESA POTTER, Paralegal
Litigation Section

KING COUNTY'S OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME
(C12-0791-JLR) - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819