The Honorable James Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND, | NO. 12-cv-0791 JLR |
| Plaintiff, | PRETRIAL ORDER |
| v. | |
| KING COUNTY ADULT DETENTION, KING COUNTY et al., KING COUNTY DISTRICT COURT EAST DIVISION-Redmond Courthouse et al., WASHINGTON STATE DEPARTMENT OF LICENSING, et al., WASHINGTON STATE PATROL et al, OFFICER WSP ANTHONY BROCK in his individual and official capacity as Washington State Patrol officer, LAKEYSHA NICOLE WASHINGTON in her individual and official capacity as Prosecuting attorney, KING COUNTY PROSECUTING ATTORNEY'S OFFICE et al., GARY WESTSIDE TOWING LLC, | |
| Defendants. | |

## JURISDICTION

The events occurred in in King County.  Jurisdiction is vested in this court by virtue of 28 U.S.C. §1343 and 42 U.S.C. §1983 – federal question jurisdiction.  State law claims have been dismissed.

1

CLAIMS AND DEFENSES

The remaining parties in this case are the plaintiff and Washington State Patrol Trooper Anthony Brock (defendant or "Trooper Brock"). The plaintiff will pursue at trial the following federal claims:

1.      Plaintiff's right under the Fourth Amendment to be free from an unreasonable seizure (wrongful arrest) were violated under 42 U.S.C. § 1983 by defendant Trooper Brock.

2.      Plaintiff's right under the Fourth Amendment to be free from excessive force were violated under 42 U.S.C. § 1983 from handcuffing by defendant Trooper Brock.


The defendant will pursue the following affirmative defenses and/or claims:

1.      Defendant does not bear the burden of proof on any claim at issue in this action. Plaintiff lacks evidence to support his claims, cannot meet his burden of proof, and accordingly defendant denies all of the plaintiff's claims.

2.      Plaintiff cannot establish a constitutional violation. Even if he could, Trooper Brock is entitled to qualified immunity.

3.      Any emotional damages from which the plaintiff claims to suffer existed prior to the alleged incidents and/or were caused by acts independent of the alleged incidents.

4.      The injuries and damages complained of herein, if any, were pre-existing, caused by plaintiff's own conduct, and/or the conduct of others and are barred and/or subject to the law of comparative fault.

5.      Plaintiff's injuries and/or damages, if any, were proximately caused by the wanton and willful misconduct of plaintiff in intentionally acting in reckless disregard of the consequences.

6.      Plaintiff failed to mitigate his damages, if any, and protect himself from avoidable consequences.

ADMITTED FACTS

The following facts are admitted by the parties:

2

1. On September 16, 2011, shortly after 1:32 a.m., Trooper Brock conducted a traffic stop of plaintiff's vehicle for allegedly speeding southbound on SR-509 in Seattle.

2. Plaintiff was arrested by Trooper Brock for suspicion of Driving Under the Influence (DUI).

3. Trooper Brock did not know plaintiff's race or ethnicity and did not know plaintiff was African-American until after he was at plaintiff's driver-side window.

4. When Trooper Brock contacted plaintiff on the driver's side of his truck, plaintiff initially rolled his driver's side window down approximately one half inch.

5. After Trooper Brock contacted plaintiff on the driver's side of his truck, plaintiff spoke to him with his head turned away from him.

6. Plaintiff refused to take the voluntary field sobriety test.

7. Plaintiff was placed in handcuffs. Within minutes after plaintiff complained his handcuffs were too tight, Trooper Brock adjusted his handcuffs.

8. Trooper Brock asked plaintiff if he would submit to a breath test for alcohol.

9. Plaintiff did not submit to any breath test for alcohol.

10. Plaintiff was booked into the King County Jail.

11. Plaintiff never complained to anyone at the King County Jail of any wrist pain or discomfort from being handcuffed.

12. Plaintiff does not have any medical evidence that he suffered emotional distress as a result of any actions of Trooper Brock.

ISSUES OF LAW

The following are the issues of law to be determined by the court:

1. Did Trooper Brock have probable cause to arrest plaintiff under the Fourth Amendment?

2. Was Trooper Brock's use of "force" in handcuffing plaintiff reasonable under the circumstances?

3. Is Trooper Brock entitled to qualified immunity?

PRETRIAL ORDER
NO.  12-0791 JLR-MAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

EXPERT WITNESSES

Not applicable.

OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time

of trial and the general nature of the testimony of each are:

    **(a) On behalf of plaintiff:**

1.    Yolanda King – Will testify
        810 L st se
        Auburn, WA 98002
        206-458-5674

        Information regarding the pain Holland suffered from the Hand cuff injury sustained by Trooper Brock's hand cuffs.

2.    Stacey A. Wilson – Possible witness only
        2021 Grant Ave. Unit C-201
        Renton, Washington [98055]
        253.486.3004

        Information regarding (1)  procedures for inmate communications at King County Adult Detention Center, including legal mail, confidential calls (2) Admitting  and addressing new inmates medical needs (3) Addressing current inmates medical needs

3.    Dr. Mayer  - Possible witness only
        Group Health 1420 5th Ave. Ste 375
        Seattle, WA 98101
        Physician Seen my wrist

        Information regarding Holland's injury he sustain from Trooper Brock's handcuff

    **(b) On behalf of defendant:**

1.    Dwight Holland
        325 Washington Ave. #332
        Kent,  WA  98032

        Will testify.  Mr. Holland is the plaintiff in this case and will testify to the facts and circumstances of this incident.

2.    Trooper Brock
        c/o Tobin E. Dale, AAG
        Office of the Attorney General

PRETRIAL ORDER
NO.  12-0791 JLR-MAT

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

800 5th Avenue, Suite 2000
Seattle, WA 98104

Will testify.   Trooper Brock is a named defendant and will testify to the facts and circumstances of this incident.

3.    Capt. Mark Brogan
Washington State Patrol
210 11th Avenue SW
Olympia,  WA  98504

Possible witness only.  Capt. Brogan may testify to the training provided Trooper Brock, procedures for DUI arrests, his performance, and other matters related to the allegations contained in plaintiff's complaint.

4.    Lt. Dan Atchinson
Washington State Patrol
Fire Training Academy
North Bend, WA

Possible witness only.  Lt. Atchinson may testify to the training provided Trooper Brock, procedures for DUI arrests, his performance, and other matters related to the allegations contained in plaintiff's complaint.

5.    Carla Weaver-Groseclose
1125 Washington Street SE
HLB, Floor 1
Olympia,  WA  98501

Possible witness only.  She may testify to the facts and circumstances of the revocation of plaintiff's driver's license and why his driving privileges have not been restored.

6.    Correctional Officer Rita Moses
c/o Endel Kolde
King County Prosecutor's Office
516 Third Ave., Suite W554
Seattle, WA 98104-2390

Will testify.   King County Correctional Officer Rita Moses will testify regarding the screening interview of plaintiff at the jail, the intake procedures at the jail, as well as the booking, assessment, and evaluation of plaintiff.

7.    Susan Densmore, RN
Colleen Larsen, RN
c/o Endel Kolde
King County Prosecutor's Office
516 Third Ave., Suite W554
Seattle, WA 98104-2390

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1    Will testify.  Ms. Densmore and/or Ms. Larsen will testify to the facts and circumstances

2  of the medical, assessments, examinations and/or evaluations provided to plaintiff following the
   incident.

3  8.    Deputy Prosecuting Attorney Lakeysha Washington

4        Senior Deputy Prosecuting Attorney Erin Norgaard
         c/o Endel Kolde
5        King County Prosecutor's Office
         516 Third Ave., Suite W554
6        Seattle, WA 98104-2390

7        Possible witnesses only.  Ms. Washington and/or Ms. Norgaard may testify regarding the

8  underlying criminal matter against plaintiff and its final disposition.

9  9.    Rebecca Duke, M.D.
         Swedish Physicians – Central Seattle Clinic
10       1600 E Jefferson ST, #510
         Seattle, WA  98122

11       Possible witness only.  She may testify regarding her letter dated November 7, 2013 for

12  Ms. Yolanda King and to rebut Ms. King's testimony.

                                 EXHIBITS

13  Given the dismissal of King County defendants, plaintiff withdraws his exhibits 6, 7, 9, 16, and

14  21.

15     **(a) Admissibility stipulated:**

16     Plaintiff's Exhibits: N/A

17

18     Defendant's Exhibits

19  A-1    Holland Arrest/WSP Case Report Citation # 1Z0501814 (90040001-90040013)

20  A-2    Video of Traffic Stop of Plaintiff, 9/16/2011

21  A-3    Video of Plaintiff in Trooper Brock's Patrol Car, 9/16/2011

22

23     **(b) Authenticity stipulated, admissibility disputed:**

24     Plaintiff's Exhibits

25  1      Washington State Patrol Affidavit, 1Z0501814, Trooper Brock

26

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | | |
|---|---|---|
| 1 | 2 | Uniform Washington State Tow/Impound And Inventory Record |
| 2 | 3 | Washington State DUI Arrest Report Implied Consent Warning For Breath |
| 3 | 4 | Washington State DUI Arrest Report DUI Interview |
| 4 | 5 | Washington State DUI Arrest Report Sobriety Tests |
| 5 | 8 | Booking photo and fingerprints |
| 6 | 10 | Money/Property Release Form |
| 7 | 13 | King County District Court, Criminal Complaint, *State v. Holland* |
| 8 | 14 | King County District Court, *State v. Holland*, Various Notices/Pleadings |
| 9 | 15 | King County District Court, *State v. Holland*, Motion, Certification and Order of Dismissal |
| 11 | 19 | WAC 308-100-210 |

Defendant's Exhibits

A-4   Certified copy of Plaintiff's Driving Record

A-5   Certified copy of Plaintiff's Order of Revocation for one year dated 09/30/11

A-6   King County Jail Intake/Screening Records

A-7   Group Health Medical Record, 11/17/2008

A-8   Group Health Medical Record, 02/10/2009

A-9   Group Health Medical Record, 04/10/2009

A-10   Group Health Medical Record, 03/31/2011

A-11   Plaintiff's Complaint for Damages, *Holland v. Hawkeye, et al.*, 04-cv-01821-RSL

A-12   Plaintiff's First Amended Complaint, *Holland v. ER Solutions, Inc.*, 11-cv-01792-RSL, ECF No. 14

A-13   Plaintiff's Complaint, *Holland v. Draper*, 12-cv-01409-JCC

A-14   Order Granting Defendant's Motion for Summary Judgment, ECF No. 30, *Holland v. Draper*, 12-cv-01409-JCC

PRETRIAL ORDER
NO.  12-0791 JLR-MAT

7

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

A-15   Defendant Trooper Brock's First Requests for Admission to Plaintiff and Plaintiff's Response Thereto

A-16   Defendant Trooper Brock's First Interrogatories to Plaintiff and Plaintiff's Answers Thereto

A-17   Defendant Trooper Brock's First Request for Production to Plaintiff and Plaintiff's Responses Thereto

A-18   Letter dated 11/07/2013 from Swedish Physicians Re: Yolanda King

A-19   Hand sketch by Yolanda King of plaintiff's alleged wrist injuries


**(c) Authenticity and admissibility disputed:**

Plaintiff's Exhibits

11     King County Department of Adult Detention FBI background check

12     ALL CITY Bail Bond Posted for release

17     Internet Article, Alcohol and Nutrition – How does alcohol affects your blood sugar? *MedicineNet.Com*  - by Betty Kovacs, MS, RD

18     Blog, DUI limit really more of a guideline for state troopers in Washington State, Seattle DUI Attorney, Lebya Defense PLLC

20     Excerpt from article, KIRO Radio Reporter


Defendant's Exhibits: N/A


## ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on January 21, 2014.

(b) Trial briefs shall be submitted to the court on or before January 13, 2014.

(c) Jury instructions requested by either party shall be submitted to the court on or before January 13, 2014.  Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before January 13, 2014.

1     This order has been approved by the parties as evidence by the signatures of their counsel.

2     This order shall control the subsequent course of the action unless modified by a subsequent

3     order.  This order shall not be amended except by order of the court pursuant to agreement of

4     the parties or to prevent manifest injustice.

5         DATED this _____ day of January, 2014.

6

7

8                                 _____
                                 United States District Judge James Robart

9     FORM APPROVED

10

11     s/ Dwight Holland per 12/24/13 E-mail Authorization
       Dwight Holland                          DATED this 24th day of December, 2013.

12     Pro Se Plaintiff

13     s/ Tobin E. Dale                      DATED this 24th day of December, 2013.
       TOBIN E. DALE, WSBA No. 29595

14     Assistant Attorney General
       Attorneys for Defendant Trooper Brock

15

16

17

18

19

20

21

22

23

24

25

26

PRETRIAL ORDER                9              ATTORNEY GENERAL OF WASHINGTON
NO.  12-0791 JLR-MAT                       Torts Division
                                                 800 Fifth Avenue, Suite 2000
                                                 Seattle, WA 98104-3188
                                                 (206) 464-7352

1

## <u>CERTIFICATION OF SERVICE</u>

2      I hereby certify that on this 24th day of December, 2013, I caused to be electronically

3  filed the foregoing document with the Clerk of the Court using the CM/ECF system which will

4  send notification of such filing to:

5  Dwight Holland:  dmanh3@comcast.net

6

7                              _/s/ Tobin E. Dale_____
                           TOBIN E. DALE, WSBA No. 29595
8                          Assistant Attorney General
                           800 Fifth Ave., Ste. 2000; Seattle, WA 98104-3188
9                          Tel: (206) 464-7352; Fax: (206) 587-4229
                           E-mail:  TobinD@atg.wa.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRETRIAL ORDER                          10                ATTORNEY GENERAL OF WASHINGTON
NO.  12-0791 JLR-MAT                                                  Torts Division
                                                            800 Fifth Avenue, Suite 2000
                                                             Seattle, WA 98104-3188
                                                                (206) 464-7352