**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HOLLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY BROCK,<br><br>  Defendant. | CASE NO. C12-0791JLR<br><br>VERDICT FORM |

FILED ——— ENTERED
LODGED ——— RECEIVED

JAN 27 2014

AT SEATTLE
CLERK U.S. DISTRICT
WESTERN DISTRICT OF WASHINGTON
BY

12-CV-00791-RPT

VERDICT FORM - 1

1

2 **Question No. 1:** Do you find for Dwight Holland on his claim against Anthony Brock

3 for unlawful arrest based on lack of probable cause under 42 U.S.C. § 1983?

4    Yes: _____

5    No:  __✗__

6 **Question No. 2:** Do you find for Dwight Holland on his claim against Anthony Brock

7 for excessive force based on handcuffing under 42 U.S.C. § 1983?

8    Yes: _____

9    No:  __✗__

10 *If you answered "yes" to either or both of the above questions, then you must answer*

11 *Question No. 3. If you answered "no" to each of the above questions, then do not answer*

12 *Questions Nos. 3, 4, or 5 and sign and date the verdict form.*

13 **Question No. 3:** What do you find is the amount of Dwight Holland's damages?

14    _____

15 *If you answered "yes" to either or both of Questions Nos. 1 and/or 2, then you must*

16 *answer Question No. 4.*

17 **Question No. 4:** Do you find punitive damages against Anthony Brock?

18    Yes: _____

19    No:  _____

20

21

22

VERDICT FORM - 2

*If you answered "yes" to Question No. 4, then you must answer Question No. 5. If you answered "no" to Question No. 4, then do not answer Question No. 5 and sign and date the verdict form.*

**Question No. 5:** What do you find is the amount of punitive damages against Anthony Brock?

_____

Dated this 27 day of January, 2014

_____
Presiding Juror

VERDICT FORM - 3