UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWIGHT HOLLAND,

        Plaintiff,

    v.

ANTHONY BROCK,

        Defendant.

Case No. C12-791 JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF - DWIGHT HOLLAND, and on behalf of the DEFENDANT - ANTHONY BROCK in the amount of $1,292.40 and included in the judgment as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. 28 U.S.C. §1923 Docket Fees. | $20.00 | -0- | $20.00 |
| II. Deposition Transcripts. | $1,323.15 | $630.25 | $692.90 |

The clerk only allowed the costs for the Holland transcript.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. Deposition Appearance Fees. | $750.00 | $300.00 | $450.00 |

The deposition fees associated with the Holland deposition are allowed.

TAXATION OF COSTS – 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. Witness Fees. | $129.50 | -0- | $129.50 |

The statutory witness fees for Moses and Densmore are allowed.

Dated this \_\_\_\_3rd\_\_\_\_ day of March, 2014.

William M. McCool, Clerk
U. S. District Court

By:_____S/ Joseph Whiteley_____
Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS – 2